LEA HAINES, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued October 9, 1946; decided November 14, 1946.

*John J. Bennett, Corporation Counsel* (*Fred Iscol* and *Seymour B. Quel* of counsel), for appellant.

*Harry E. Kreindler, Frederick Travers* and *Arthur Blocksberg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN. Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.